**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gregory Jay RUNNINGWOLF, Defendant–Appellant.**

**No. 09–30112.**

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 21, 2010.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

Eric Vincent Carroll, Esquire, Assistant U.S. Attorney, USGF–Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Evangelo Arvanetes, Assistant Federal Public Defender, FDMT–Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Gregory Jay Runningwolf appeals from the 57–month sentence imposed following his jury-trial conviction for assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6). We

See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Runningwolf contends that the district court procedurally erred by failing to provide an adequate explanation for the sentence and also contends that the sentence is substantively unreasonable. The record reflects that the district court did not procedurally err, and the sentence is not substantively unreasonable in light of the totality of the circumstances and the factors set forth in 18 U.S.C. § 3553(a). *See Gall v. United States,* 552 U.S. 38, 49–51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Carty,* 520 F.3d 984, 992–93 (9th Cir.2008) (en banc).

**AFFIRMED.**